UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG S. COLEMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WASHINGTON STATE, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. C09-1105-MJP <br><br> **ORDER DISMISSING § 1983 ACTION** |

The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, the submissions of Plaintiff (Dkt. No's 8 and 10), and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The complaint and this action are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii) for failure to state a claim on which relief can be granted and for seeking monetary relief against defendants who are immune from such relief.

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this _15th_ day of __September____, 2009.

_____
Marsha J. Pechman
United States District Judge

ORDER DISMISSING § 1983 ACTION – 1